**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| M. MILKES INSURANCE AGENCY, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiffs, | ) ) | 16 CV 6855 |
| v. | ) ) ) | Judge Alonso<br>Magistrate Judge Valdez |
| BASHAM LUMBER CO., INC.; 9094250 B.C. LTD., d/b/a/ EZ LOG STRUCTURES; CHANNELCAST MEDIA CORPORATION, d/b/a PIPELINE MEDIA; and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to

(1) the voluntary dismissal of Plaintiff's individual claims against Defendants without prejudice, and with each party bearing its own costs and attorneys' fees, subject to an order for repayment of costs pursuant to Fed.R.Civ.P, 41(d), in the event of refiling of this matter by M. Milkes Insurance Agency, Inc.;

(2) the voluntary dismissal of Plaintiff's class claims without prejudice, and with each party bearing its own costs and attorneys' fees, subject to an order for repayment of costs pursuant to Fed.R.Civ.P, 41(d), in the event of refiling of this matter by M. Milkes Insurance Agency, Inc.; and

(3) the voluntarily dismissal of Plaintiffs claims against John Does 1-10 without prejudice and without costs.

This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

*s/ Dulijaza Clark*                                             *s/ Christopher T. Sheean*
Dulijaza Clark                                                    Christopher T. Sheean

1

| | |
|---|---|
| Daniel A. Edelman | Christopher T. Sheean |
| Dulijaza Clark | Joelle M. Shabat |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | Swanson, Martin & Bell, LLP |
| 20 S. Clark Street, Suite 1500 | 330 North Wabash Avenue, Suite 3300 |
| Chicago, Illinois 60603 | Chicago, Illinois 60611 |
| (312) 739-4200 (P) | 312-321-9100 (P) |
| (312) 419-0379 (F) | 312-321-0990 (F) |

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on December 21, 2016, I caused the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system and caused a true and accurate copy of the foregoing document to be served on the following parties as indicated below:

<u>Via E-mail</u>
Christopher T. Sheean
Joelle M. Shabat
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Csheean@smbtrials.com
jshabat@smbtrials.com

<u>Via Mail</u>
9094250 B.C. LTD., d/b/a EZ Log Structures
170 Wallace Street
Nanaimo, B.C.
Canada, V9X 1R4

9094250 B.C. LTD., d/b/a/ EZ Log Structures
1985 South Wellington Road
Nanaimo, B.C.,
Canada, V9X 1R4

Chanelcast Media Corporation d/b/a Pipeline Media
P.O. Box 366
Station B
Toronto, Ontario
Canada, M5T 2W2

Gord Fawcett
9094250 B.C. LTD., d/b/a/ EZ Log Structures
498 Machleary Street
Nanaimo, B.C.,
Canada, V9R 2H2

Chanellcast Media Corporation d/b/a Pipeline Media
388 Richmond Street W. Suite 423
Toronto, Ontario
Canada, M5V 3W1                           <u>*s/ Dulijaza Clark*</u>
                                                                        Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603