Case: 1:16-cv-06855 Document #: 40 Filed: 12/21/16 Page 1 of 1 PageID #:406

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

M Milkes Insurance Agency, Inc.

                      Plaintiff,

v.                                             Case No.: 1:16−cv−06855

                                                         Honorable Jorge L. Alonso

Basham Lumber Co., Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 21, 2016:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation of dismissal has been filed. Plaintiff's claims are voluntarily dismissed without prejudice, with each party bearing its own costs and fees, as stated in the stipulation. The status hearing date of 12/22/16 is stricken. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.